COURT OF APPEALS
FOR THE
THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:            June 26, 2013

Case Numbers:  03-11-00786-CV & 03-12-00344-CV
Trial Court Nos:  C-1-CV-11-003819 & C-1-CV-11-008100

Style:           Charles J. Williamson v. The State of Texas

You are hereby notified that the appellant's motion: summary reversal and rendering was overruled on the date noted above. Also, the enclosed opinion and judgments were sent this date to the following persons:

The Honorable Eric Shepperd
Judge, County Court at Law No. 2
Travis County Courthouse
1000 Guadalupe Street, #211
Austin, TX 78701

The Honorable Dana DeBeauvoir
County Clerk
Travis County Courthouse
P. O. Box 149325
Austin, TX 78714

Mr. Charles J. Williamson
18118 Shadow Valley Drive
Spring, TX 77379-3960

Mr. John C. Adams
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, MC 008
Austin, TX 78711-2548